AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Nov 23, 2026
SEAN F. MCAVOY, CLERK

JONATHAN H.,
*Plaintiff*
v.
FRANK BISIGNANO, Commissioner of Social Security,
*Defendant*

Civil Action No. 1:26-cv-3085-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

✔ other: The ALJ's nondisability decision is REVERSED, and this matter is REMANDED to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The parties' briefs, ECF Nos. 10 and 14 are terminated. JUDGMENT entered in favor of Plaintiff.

This action was *(check one)*:

❒ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

✔ decided by Judge EDWARD F. SHEA

Date: 11/23/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*